UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JACKIE YOUMAS, individually and on Behalf of others similarly situated,**

                        CASE NO: 8:09-cv-00462-SDM-MAP

      **Plaintiff,**

**v.**

**CVS PHARMACY, INC. PHARMACARE MANAGEMENT SERVICES, L.L.C. d/b/a CVS CAREMARK, and EXPRESS PHARMACY SERVICES OF FLORIDA, L.L.C. d/b/a CVS CAREMARK,**

      **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JACKIE YOUMAS, individually and on behalf of others similarly situated, by and through his undersigned counsel, files this Notice of Settlement of the above-captioned cause and requests that, pursuant to Local Rule 3.08, this Court should remove this cause from the present trial docket.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Helen A. Pallandeno, Ogletree Deakins Nash Smoak & Stewart, P.C., 100 North Tampa Street, Suite 3600, Tampa, Florida 33602 and James J. Swartz, Jr., Ashe, Rafuse & Hill, LLP, 1355 Peachtree Street, N.E., Suite 500, Atlanta, GA 30309.

                                FLORIN, ROEBIG, P.A.

                                /s/Wolfgang M. Florin
                                Wolfgang M. Florin
                                Florida Bar No. 907804
                                777 Alderman Road
                                Palm Harbor, Florida 34683
                                (727) 786-5000
                                (727) 772-9833 Facsimile
                                wmf@florinroebig.com