UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKIE YOUMAS,

    Plaintiff,

v.                                   Case No: 8:09-cv-462-T-23MAP

CVS PHARMACY, INC., et al.,

    Defendants.
_____/

**ORDER**

Having settled the plaintiff's Fair Labor Standards Act ("FLSA") claim, the parties jointly move (Doc. 12) for approval of the settlement agreement. See Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) (because FLSA provisions are not subject to negotiation or bargaining between employers and employees, the settlement of FLSA claims requires the supervision and review by either the Secretary of Labor or the district court). At a May 20, 2009, fairness hearing, the court found that the settlement agreement provides a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn's Food Stores, 679 F.2d at 1355. For the reasons stated at the fairness hearing, the motion (Doc. 12) is **GRANTED** and the settlement agreement is **APPROVED**. Pursuant to the parties' settlement agreement, this action is **DISMISSED WITH PREJUDICE**.

    ORDERED in Tampa, Florida, on May 22, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE